UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

MEL MARIN,

        Plaintiff,

        -v-                           6:24-CV-1009

WALTER T. MOSLEY *et al.*,

        Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

APPEARANCES:                     OF COUNSEL:

MEL MARIN
Plaintiff, Pro Se
Box 80715
San Diego, CA 92138

DAVID N. HURD
United States District Judge

## **ORDER ON REPORT & RECOMMENDATION**

On August 16, 2024, *pro se* plaintiff Mel Marin ("plaintiff") filed this action alleging that defendants violated his civil rights. Dkt. No. 1. Along with his complaint, plaintiff also moved for leave to proceed *in forma pauperis* ("IFP Application"), Dkt. No. 2, to seal his IFP Application, Dkt. No. 3, and for an expedited review of his IFP Application, Dkt. No. 4. Thereafter, plaintiff filed an amended complaint as of right. Dkt. No. 7.

On November 8, 2024, after conducting an initial review of the amended complaint, U.S. Magistrate Judge Thérèse Wiley Dancks granted plaintiff's IFP Application, denied his request to seal his IFP Application, and advised by Report & Recommendation ("R&R") that plaintiff's amended complaint be dismissed. Dkt. No. 8.

Plaintiff has not lodged objections, and the time period in which to do so has expired. *See* Dkt. No. 8. Upon review for clear error, Judge Dancks's R&R is accepted and will be adopted in all respects. *See* FED. R. CIV. P. 72(b).

Therefore, it is

ORDERED that

1. The Report & Recommendation (Dkt. No. 8) is ACCEPTED; and

2. Plaintiff's amended complaint is DISMISSED <u>without</u> leave to further amend.

The Clerk of the Court is directed to terminate the pending motion and enter a judgment accordingly.

IT IS SO ORDERED.

Dated: November 26, 2024
       Utica, New York.

David N. Hurd
U.S. District Judge